IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IRON WORKERS' MID-AMERICA )
PENSION PLAN, *et al*., )
)
        Plaintiffs, ) CIVIL ACTION
)
vs. ) NO. 09 C 0712
)
P & L PARIS CORP., an Ohio corporation, ) JUDGE BLANCHE M. MANNING
)
        Defendant. )

## MOTION FOR ENTRY OF JUDGMENT

Plaintiffs, by and through their attorneys, default having been entered against the Defendant on June 11, 2009, request this Court enter judgment against Defendant, P & L PARIS CORP., an Ohio corporation. In support of that Motion, Plaintiffs state:

1. On June 11, 2009, this Court entered default against Defendant and granted Plaintiffs' request for an order directing an audit of the Defendant's payroll books and records for the time period January 1, 2007 forward. The Court also entered an order that judgment would be entered after the completion of the audit.

2. On October 15, 2009, Plaintiffs' auditors completed an audit of the Defendant's payroll books and records. The audit findings show that the Defendant is delinquent in contributions to the Funds in the amounts set forth below:

| Fund | Contributions |
|---|---|
| Mid-America Pension Plan | $899.30 |
| Mid-America Supplemental monthly Annuity (SMA) Fund | $502.60 |

(See Affidavit of Joseph J. Burke).

3. Defendant is delinquent in contributions to Plaintiff Tri-State Welfare Plan in the amount of $1,461.13. (See Affidavit of Timothy E. Elliott).

4. The following liquidated damages are due:

| Fund | Liquidated Damages |
|---|---|
| Mid-America Pension Plan | $256.30 |
| Mid-America Supplemental monthly Annuity (SMA) Fund | $143.24 |

(Burke Aff. Par. 6).

5. The amount of $416.42 is due Plaintiff Tri-State Welfare Plan for liquidated damages. (Elliott Aff. Par. 5).

6. Plaintiffs' auditing firm of Legacy Professionals, LLP charged Plaintiffs $1,260.00 to perform the audit examination and complete the report (Burke Aff. Par. 6). The audit findings are attached hereto.

7. In addition, Plaintiffs' firm has expended $364.00 for costs and $2,385.00 for attorneys' fees in this matter. (See Affidavit of Catherine M. Chapman).

8. Based upon the documents attached hereto, Plaintiffs request entry of judgment in the total amount of $7,687.99.

WHEREFORE, Plaintiffs respectfully request this Court to enter judgment in the amount of $7,687.99.

/s/   Patrick N. Ryan

Patrick N. Ryan
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6278364
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: pryan@baumsigman.com

I:\MIDJ\P & L Paris\#21542\motion-judgment.pnr.df.wpd

# CERTIFICATE OF SERVICE

       The undersigned, an attorney of record, hereby certifies that he electronically filed the foregoing document (Motion for Entry of Judgment) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this 29th day of October 2009:

       Ms. Lisa M. Paris, Registered Agent
       P & L Paris Corp.
       7584 Indian Trail
       Youngstown, OH   44514-2662

       Mr. Bob Holovatick
       P & L Paris Corp.
       8525 South Avenue
       Youngstown, OH   44514

       /s/   Patrick N. Ryan

Patrick N. Ryan
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL 60606-5231
Bar No.: 6278364
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: pryan@baumsigman.com

I:\MIDJ\P & L Paris\#21542\motion-judgment.pnr.df.wpd